IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEPHANIE HERRINGTON, Independent Administrator of the Estate of JASON STRAHAN, Deceased,<br><br>    Plaintiff,<br><br>v.<br><br>POLICE OFFICER JEREMY B. BRADFORD, in his official capacity for the City of Staunton, Illinois, POLICE OFFICER MOLLY MARGARITIS, in her official capacity for the City of Benld, Illinois, DEPUTY SHERIFFS TIMOTHY MUDD and BRIANNA MARKEL, in their respective official capacities for the Madison County, Illinois Sheriff's Department, ILLINOIS STATE POLICE TROOPER KEVIN BILLINGS, in his official capacity for the State of Illinois, CITY OF STAUNTON, ILLINOIS, a municipal corporation, JOHN D. LAKIN, in his official capacity as Sheriff of Madison County, Illinois, and ILLINOIS STATE POLICE, an agency of the State of Illinois,<br><br>    Defendants. | Case No. 3:20-cv-00938-NJR |

## AFFIDAVIT

I, MOLLY MARGARITIS, being first duly sworn upon my oath, depose and state as follows:

1. I am over 21 years of age and competent to testify with regard to the facts of this matter.

2. At the time of the incident alleged in the Complaint, I was a police officer with the City of Benld. I left the employment of the City of Benld on or about _May 31st, 2020_

3. I am currently employed with the City of Mount Olive.

4. I am not authorized by the City of Benld to accept service on its behalf as I have no relationship with that entity since my resignation from the department.

FURTHER AFFIANT SAYETH NAUGHT.

_____
MOLLY MARGARITIS

Subscribed and sworn to before me this 13 day of July, 2021.

_____
Notary Public

OFFICIAL SEAL
MELINDA J ZIPPAY
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 02-02-2025
ID # 926602