

# Sheriff Employee Training

Training Log
7/30/1998 - 7/19/2023

| Division Name | Full Name | Description | Type | Training Date | Expiration Date | Duration |
|---|---|---|---|---|---|---|
| Patrol | Timothy D Mudd | Bloodborne Pathogen's Refresher | Health | 1/20/2003 | | 2 Hours |
| | | Vehicle Operation | Vehicle Operation | 3/1/2003 | | 2 Hours |
| | | Use of Force | Use of Force | 3/31/2003 | | 2 Hours |
| | | Hate Crimes | Hate Crimes | 5/14/2003 | | 2 Hours |
| | | Intro to cyber crime/computer evidence collection | Investigation | 9/10/2003 | | 2 Hours |
| | | Custodial Interrogation | Patrol Techniques | 9/12/2003 | | 1 Hour |
| | | Subject control & compliance 1&2 | Officer Safety | 10/6/2003 | | 1 Hour |
| | | New Laws 2003 | Law | 10/20/2003 | | 1 Hour |
| | | Firearms Training | Firearms Training | 11/1/2003 | | 1 Hour |
| | | FATS Training | Firearms Training | 11/11/2003 | | 1 Hour |
| | | Search & Seizure Update | Law | 11/26/2003 | | 2 Hours |
| | | Death Investigations for first responders | Investigation | 12/2/2003 | | 4 Hours |
| | | Madison County Sheriff's Pursuit Policy Review | Policy Review | 12/13/2003 | | 1 Hour |
| | | New Laws 2003 | Law | 1/2/2004 | | 1 Hour |
| | | Racial Profiling | Racial Profiling/Law update | 1/6/2004 | | 1 Hour |
| | | LEADS Less than Full Access | LEADS | 1/14/2004 | 1/16/2006 | 1 Hour |
| | | Bloodborne Pathogen's Refresher | Health | 1/19/2004 | | 4 Hours |
| | | Haz-Mat Update | HAZ-MAT | 1/30/2004 | | 4 Hours |
| | | CPR | CPR | 2/8/2004 | 2/10/2006 | 4 Hours |
| | | Taser Training | Use of Force | 2/8/2004 | | 4 Hours |
| | | Hate Crimes | Hate Crimes | 2/10/2004 | | 1 Hour |
| | | Highway Rail Grade Crossing | Vehicle Operation | 2/10/2004 | | 1 Hour |
| | | OC Training | Use of Force | 2/10/2004 | | 1 Hour |



# Sheriff Employee Training

Training Log

7/30/1998 - 7/19/2023

| | | | | | |
|---|---|---|---|---|---|
| Patrol | Timothy D Mudd | Alert & Able-Law & Liability: Emerg Veh Operation | Vehicle Operation | 3/20/2004 | 1 Hour |
| | | Emergency Lighting and Siren Audibility | Vehicle Operation | 3/20/2004 | 1 Hour |
| | | In the Line of Duty - Hood River Multi-Speed Chase | Vehicle Operation | 3/20/2004 | 1 Hour |
| | | Firearms Training | Firearms Training | 5/29/2004 | 1 Hour |
| | | Line of Duty | Officer Safety | 5/29/2004 | 1 Hour |
| | | Probable Cause and Arrests | Law | 5/29/2004 | 1 Hour |
| | | Grade Crossing Collision Investigation | Traffic Crash | 5/31/2004 | 16 Hours |
| | | Rapid Response - ALERRT | Emergency Preparedness | 6/2/2004 | 16 Hours |
| | | Line of Duty | Officer Safety | 6/6/2004 | 1 Hour |
| | | Respirator Training | Emergency Preparedness | 6/30/2004 | 1 Hour |
| | | Survival Stress Study | Firearms Training | 7/13/2004 | 2 Hours |
| | | Firearms Training-shotgun | Firearms Training | 10/6/2004 | 1 Hour |
| | | Equipment Training - Portable Radio | Equipment | 12/17/2004 | 1 Hour |
| | | Prisim - Use of Force Training Simulator | Use of Force | 1/10/2005 | 1 Hour |
| | | Police Narcotics Detector Dog certification | K-9 | 1/12/2005 | 16 Hours |
| | | Police Narcotics Detector Dog Seminar | K-9 | 1/15/2005 | 16 Hours |
| | | K-9 Street Training | K-9 | 1/23/2005 | 8 Hours |
| | | Law Update - January 2005 | Law | 1/26/2005 | 1 Hour |
| | | Bloodborne Pathogen's Refresher | Health | 2/6/2005 | 1 Hour |
| | | K-9 Street Training | K-9 | 2/7/2005 | 8 Hours |
| | | Haz-Mat Update | HAZ-MAT | 3/2/2005 | 2 Hours |
| | | K-9 Street Training | K-9 | 3/14/2005 | 8 Hours |

Madison-Herrington-0615



# Sheriff Employee Training

Training Log

7/30/1998 - 7/19/2023

| | | | | | | |
|---|---|---|---|---|---|---|
| Patrol | Timothy D Mudd | 2005 Legal Update-Driving Emergency Vehicle | Vehicle Operation | 3/30/2005 | | 1 Hour |
| | | Emergency Vehicle Operation-SILEC March 2005 | Vehicle Operation | 4/1/2005 | | 1 Hour |
| | | Firearms Training | Firearms Training | 4/17/2005 | | 1 Hour |
| | | Digital Camera & Policy & Basic Photography | Equipment | 5/1/2005 | | 1 Hour |
| | | Defensive Tactics / Use of Force - 8 hour | Use of Force | 5/23/2005 | | 8 Hours |
| | | K-9 First Aid and CPR | K-9 | 5/24/2005 | 5/26/2007 | 3 Hours |
| | | K-9 Street Training | K-9 | 5/29/2005 | | 8 Hours |
| | | 2005 legal update-May - Arrests;DUI;Under 21 | Law | 6/17/2005 | | 1 Hour |
| | | K-9 Street Training | K-9 | 6/21/2005 | | 1 Hour |
| | | Electronic Recording of Homicide Interrogations | Law | 7/9/2005 | | 1 Hour |
| | | K-9 Street Training | K-9 | 7/17/2005 | | 8 Hours |
| | | Firearms Safety | Firearms Training | 8/9/2005 | | 1 Hour |
| | | K-9 Street Training | K-9 | 8/21/2005 | | 8 Hours |
| | | IS-700 Introduction to NIMS | Emergency Preparedness | 9/16/2005 | | 3 Hours |
| | | K-9 Street Training | K-9 | 9/20/2005 | | 8 Hours |
| | | LEADS Less than Full Access | LEADS | 1/24/2006 | 1/24/2008 | 1 Hour |
| | | K-9 Street Training | K-9 | 1/31/2006 | | 8 Hours |
| | | Use of Force - SILEC CBT | Law | 2/8/2006 | | 2 Hours |
| | | K-9 Street Training | K-9 | 3/29/2006 | | 8 Hours |
| | | Hate Crimes Update 2006 | Hate Crimes | 4/7/2006 | | 1 Hour |
| | | Haz-Mat refresher 2006 | HAZ-MAT | 4/7/2006 | | 2 Hours |
| | | Police Dynamics/Character-Based Principles 1&2 | Ethics | 4/7/2006 | | 2 Hours |
| | | Vehicle Searches | Law | 4/7/2006 | | 2 Hours |
| | | K-9 Street Training | K-9 | 4/21/2006 | | 8 Hours |



# Sheriff Employee Training

Training Log

7/30/1998 - 7/19/2023

| | | | | | |
|---|---|---|---|---|---|
| Patrol | Timothy D Mudd | Deaths During Police Intervention | Liability | 4/23/2006 | 1 Hour |
| | | Firearms Qualification & Glock .40 Cal. Training | Firearms Training | 5/8/2006 | 2 Hours |
| | | K-9 Street Training | K-9 | 5/25/2006 | 8 Hours |
| | | Operation of Emergency Vehicle - SILEC April 2006 | Vehicle Operation | 5/28/2006 | 2 Hours |
| | | Illinois Police Law update - Aug 2006 | Law | 9/5/2006 | 2 Hours |
| | | Illinois Police Law update - Sept 2006 | Law | 9/5/2006 | 2 Hours |
| | | Firearms Training | Firearms Training | 10/14/2006 | 1 Hour |
| | | Shotgun Training | Firearms Training | 10/14/2006 | 1 Hour |
| | | K-9 Street Training | K-9 | 10/16/2006 | 8 Hours |
| | | Illinois Police Law update - Nov 2006 | Law | 11/18/2006 | 2 Hours |
| | | Illinois Police Law update - Oct 2006 | Law | 11/18/2006 | 2 Hours |
| | | taser training-refresher | Use of Force | 11/21/2006 | 2 Hours |
| | | Use of Force Law update | Law | 12/26/2006 | 2 Hours |
| | | Illinois Police Law update - Jan 2007 | Law | 1/26/2007 | 2 Hours |
| | | K-9 Street Training | K-9 | 1/31/2007 | 8 Hours |
| | | Illinois Police Law update - Feb 2007 | Law | 3/19/2007 | 2 Hours |
| | | Illinois Police Law update - March 2007 | Law | 3/19/2007 | 2 Hours |
| | | Motorola XTS2500-XTL5000-XTL1500-Starcom 21 System | Radio Communications | 4/3/2007 | 4 Hours |
| | | K-9 Street Training | K-9 | 4/13/2007 | 8 Hours |
| | | Firearms Training | Firearms Training | 6/5/2007 | 1 Hour |
| | | Illinois Police Law update - June 2007 | Law | 6/26/2007 | 2 Hours |
| | | Illinois Police Law update - May 2007 | Law | 6/26/2007 | 2 Hours |



# Sheriff Employee Training

Training Log

7/30/1998 - 7/19/2023

| | | | | | |
|---|---|---|---|---|---|
| Patrol | Timothy D Mudd | NWS - Mobile Messaging Training | Computer Application | 8/21/2007 | 6 Hours |
| | | Firearms Training (Off Duty Weapon) | Firearms Training | 8/28/2007 | 1 Hour |
| | | NWS - Mobile Field Report Training | Computer Application | 10/16/2007 | 4 Hours |
| | | Firearms Training | Firearms Training | 10/25/2007 | 1 Hour |
| | | Firearms Training (Off Duty Weapon) | Firearms Training | 10/25/2007 | 1 Hour |
| | | Firearms Training (Off Duty Weapon) | Firearms Training | 10/25/2007 | 1 Hour |
| | | Firearms Training (Off Duty Weapon) | Firearms Training | 10/25/2007 | 1 Hour |
| | | Firearms Training- Remington 870 shotgun | Firearms Training | 10/25/2007 | 1 Hour |
| | | K-9 Street Training | K-9 | 1/8/2008 | 8 Hours |
| | | Bloodborne Pathogen's Refresher | Health | 3/13/2008 | 1 Hour |
| | | Emergency Vehicle Operation | Vehicle Operation | 3/13/2008 | 1 Hour |
| | | In-Custody Death / Excited Delirium Training | Use of Force | 3/13/2008 | 2 Hours |
| | | Police Ethics: Problems and Solutions Part 1 | Ethics | 3/13/2008 | 2 Hours |
| | | Police Ethics: Problems and Solutions Part 2 | Ethics | 3/13/2008 | 2 Hours |
| | | Firearms Training | Firearms Training | 5/16/2008 | 1 Hour |
| | | Emergency Vehicle Operation | Vehicle Operation | 6/2/2008 | 1 Hour |
| | | LEADS Less than Full Access | LEADS | 6/2/2008 | 1 Hour |
| | | Basic Patrol Rifle Training/Qualification | Firearms Training | 6/18/2008 | 8 Hours |
| | | K-9 Street Training | K-9 | 7/31/2008 | 8 Hours |
| | | K-9 Street Training | K-9 | 8/14/2008 | 8 Hours |
| | | K-9 Deployment for Police | Patrol Techniques | 10/2/2008 | 1 Hour |
| | | Firearms Training | Firearms Training | 10/16/2008 | 1 Hour |



# Sheriff Employee Training

Training Log

7/30/1998 - 7/19/2023

| | | | | | |
|---|---|---|---|---|---|
| Patrol | Timothy D Mudd | Firearms Training (Off Duty Weapon) | Firearms Training | 10/16/2008 | 1 Hour |
| | | Firearms Training (Off Duty Weapon) | Firearms Training | 10/16/2008 | 1 Hour |
| | | Firearms Training (Off Duty Weapon) | Firearms Training | 10/16/2008 | 1 Hour |
| | | Firearms Training- Remington 870 shotgun | Firearms Training | 10/16/2008 | 1 Hour |
| | | Investigation of Criminal Sexual Assault Cases | Investigation | 11/18/2008 | 8 Hours |
| | | K-9 Street Training | K-9 | 2/12/2009 | 8 Hours |
| | | Domestic Violence Policy #355-S/A Protocol Review | Policy Review | 3/16/2009 | 1 Hour |
| | | In-Custody Death / Excited Delirium Training | Use of Force | 3/16/2009 | 2 Hours |
| | | K-9 Deployment for Police | K-9 | 3/16/2009 | 1 Hour |
| | | Police Ethics: Problems and Solutions Part 1 | Ethics | 3/16/2009 | 2 Hours |
| | | Police Ethics: Problems and Solutions Part 2 | Ethics | 3/16/2009 | 2 Hours |
| | | K-9 Street Training | K-9 | 3/17/2009 | 8 Hours |
| | | K-9 Street Training | K-9 | 3/26/2009 | 1 Hour |
| | | Haz-Mat Update | HAZ-MAT | 3/31/2009 | 2 Hours |
| | | K-9 Street Training | K-9 | 4/23/2009 | 8 Hours |
| | | NAPWDA K-9 Certification-2009 | K-9 | 4/27/2009 | 40 Hours |
| | | Firearms Training | Firearms Training | 5/7/2009 | 1 Hour |
| | | General Use & Operation of Sheriff Veh Policy#455 | Vehicle Operation | 6/12/2009 | 1 Hour |
| | | K-9 Street Training | K-9 | 6/23/2009 | 8 Hours |
| | | ADA Training | ADA Training | 8/7/2009 | 1 Hour |
| | | K-9 Street Training | K-9 | 9/24/2009 | 8 Hours |
| | | firearms Training (fall 2009) | Firearms Training | 9/28/2009 | 1 Hour |
| | | Rifle Training (fall 2009) | Firearms Training | 9/28/2009 | 1 Hour |



# Sheriff Employee Training

Training Log

7/30/1998 - 7/19/2023

| | | | | | | |
|---|---|---|---|---|---|---|
| Patrol | Timothy D Mudd | General Use & Operation of Sheriff Veh Policy#455 | Vehicle Operation | 10/18/2009 | | 1 Hour |
| | | Bloodborne Pathogen's Refresher | Health | 12/13/2009 | | 1 Hour |
| | | General Use & Operation of Sheriff Veh Policy#455 | Vehicle Operation | 12/13/2009 | | 1 Hour |
| | | OC Training | Use of Force | 1/13/2010 | 1/13/2012 | 2 Hours |
| | | Active Shooter - Police Rapid Response | Active Shooter | 1/25/2010 | | 16 Hours |
| | | Firearms Training (Glock 22 Gen. 4) | Firearms Training | 2/8/2010 | | 1 Hour |
| | | Bloodborne Pathogen's Refresher | Ethics | 4/13/2010 | | 1 Hour |
| | | emergency Vehicle Operation | Vehicle Operation | 4/13/2010 | | 1 Hour |
| | | Police Ethics: Problems and Solutions Part 1 | Ethics | 4/13/2010 | | 1 Hour |
| | | Police Ethics: Problems and Solutions Part 2 | Ethics | 4/13/2010 | | 1 Hour |
| | | Firearms Training (Spring 2010) | Firearms Training | 5/13/2010 | | 1 Hour |
| | | LEADS Less than Full Access | LEADS | 5/15/2010 | 5/14/2012 | 2 Hours |
| | | Defensive Driving/High Speed Driving | Vehicle Operation | 5/25/2010 | | 2 Hours |
| | | Use of Force: Pre-Shooting Conduct | Use of Force | 6/24/2010 | | 1 Hour |
| | | CPR | CPR | 7/15/2010 | 7/15/2012 | 3 Hours |
| | | Traffic Stops & Occupant Control | Patrol Techniques | 8/2/2010 | | 1 Hour |
| | | Defensive Tactics Refresher | Defensive Tactics | 10/19/2010 | | 8 Hours |
| | | Miranda Rights Refresher Class | Law | 11/23/2010 | | 1 Hour |
| | | Gang Crime Awareness | Gang Crime Awareness | 11/26/2010 | | 2 Hours |
| | | August 2010 Search & Seizure Bulletin | Law | 11/28/2010 | | 1 Hour |
| | | DUI Protocol & Procedures MADCO LE | Patrol Techniques | 11/28/2010 | | 1 Hour |



# Sheriff Employee Training

Training Log

7/30/1998 - 7/19/2023

| | | | | | | |
|---|---|---|---|---|---|---|
| Patrol | Timothy D Mudd | Excited Delirium/Sudden In-Custody Death Training | Use of Force | 11/28/2010 | | 1 Hour |
| | | Taser and the 9th Circuit Decision | Use of Force | 11/28/2010 | | 1 Hour |
| | | Firearms Training (Fall 2010) | Firearms Training | 12/6/2010 | | 1 Hour |
| | | General Use & Operation of Sheriff Veh Policy#455 | Vehicle Operation | 3/20/2011 | | 1 Hour |
| | | Taser Re-Cert | Use of Force | 5/13/2011 | | 2 Hours |
| | | Legal Update 2010 - Module 1 | Law | 5/14/2011 | | 1 Hour |
| | | Legal Update 2011 - Module 1 | Law | 5/14/2011 | | 1 Hour |
| | | Firearms Training (Spring 2011) | Firearms Training | 5/23/2011 | | 1 Hour |
| | | legal update 2010 - Module 2 | Law | 6/7/2011 | | 1 Hour |
| | | legal update 2010 - Module 3 | Law | 6/7/2011 | | 1 Hour |
| | | April 2011 Search & Seizure Bulletin | Law | 6/11/2011 | | 1 Hour |
| | | legal update 2010 - Module 4 | Law | 6/11/2011 | | 1 Hour |
| | | Firearms Training (Fall 2011) | Firearms Training | 10/14/2011 | | 1 Hour |
| | | Bloodborne Pathogen's Refresher | Health | 12/24/2011 | | 1 Hour |
| | | Haz-Mat Update | HAZ-MAT | 12/24/2011 | 12/25/2012 | 2 Hours |
| | | Bloodborne Pathogen's Refresher | Health | 1/11/2012 | 1/11/2013 | 1 Hour |
| | | police ethics: Problems and Solutions Part 1 & 2 | Ethics | 1/11/2012 | 1/11/2013 | 1 Hour |
| | | Domestic Violence Policy #355-S/A Protocol Review | Patrol Techniques | 1/31/2012 | 1/31/2013 | 1 Hour |
| | | General Use & Operation of Sheriff Veh Policy#455 | Vehicle Operation | 1/31/2012 | 1/31/2013 | 1 Hour |

CONFIDENTIAL - PRODUCED PURSUANT TO TERMS OF PROTECTIVE ORDER



# Sheriff Employee Training

Training Log

7/30/1998 - 7/19/2023

| | | | | | | |
|---|---|---|---|---|---|---|
| Patrol | Timothy D Mudd | LEADS Less than Full Access | LEADS | 2/4/2012 | 2/3/2014 | 2 Hours |
| | | Search and Seizure Bulletin January 2012 | Law | 2/22/2012 | | 1 Hour |
| | | Taser and the 9th Circuit Decision | Use of Force | 2/22/2012 | | 1 Hour |
| | | Use of Force: Pre-Shooting Conduct | Use of Force | 2/22/2012 | | 1 Hour |
| | | Yellow Dot Program | Patrol Techniques | 2/22/2012 | | 1 Hour |
| | | Thompkins: Supreme Court Decision | Law | 2/23/2012 | | 1 Hour |
| | | PRISM-Use of Force Training Simulation | Patrol Techniques | 4/13/2012 | | 1 Hour |
| | | Firearms Training Qualification(Spring 2012) | Firearms Training | 5/16/2012 | | 1 Hour |
| | | Taser Re-Cert | Use of Force | 9/7/2012 | 9/1/2013 | 4 Hours |
| | | CPR | CPR | 9/25/2012 | 9/25/2014 | 4 Hours |
| | | OC Training | Use of Force | 9/28/2012 | 9/28/2015 | 2 Hours |
| | | Firearms Training (Fall 2012) | Firearms Training | 10/16/2012 | | 1 Hour |
| | | Search and Seizure Bulletin December 2012 | Law | 1/23/2013 | | 1 Hour |
| | | Search and Seizure Bulletin January 2013 | Law | 1/29/2013 | | 1 Hour |
| | | PPCT Defensive Tactics-Refresher | Defensive Tactics | 2/15/2013 | | 4 Hours |
| | | Search and Seizure Bulletin February 2013 | Law | 3/11/2013 | | 1 Hour |
| | | Diversity In The Workplace | Liability | 3/21/2013 | | 1 Hour |
| | | Firearms Qualification Spring 2013 | Firearms Training | 5/15/2013 | 5/17/2014 | 1 Hour |
| | | Firearms Training | Firearms Training | 10/17/2013 | | 2 Hours |
| | | Search and Seizure Update | Law | 12/6/2013 | | 1 Hour |
| | | LEADS Less than Full Access | LEADS | 1/10/2014 | 1/10/2016 | 2 Hours |
| | | Search and Seizure Update | Law | 2/3/2014 | | 1 Hour |

Madison-Herrington-0622



# Sheriff Employee Training

Training Log

7/30/1998 - 7/19/2023

| | | | | | | |
|---|---|---|---|---|---|---|
| Patrol | Timothy D Mudd | Emergency Vehicle Operation Policy Review | Vehicle Operation | 2/5/2014 | 2/5/2015 | 1 Hour |
| | | Search and Seizure Update | Law | 3/2/2014 | | 1 Hour |
| | | Haz-Mat Update | HAZ-MAT | 3/14/2014 | 3/15/2015 | 1 Hour |
| | | Line of Duty | Patrol Techniques | 3/14/2014 | | 1 Hour |
| | | Bloodborne Pathogen's Refresher | Health | 3/15/2014 | 3/15/2015 | 1 Hour |
| | | Search and Seizure Update | Law | 3/29/2014 | | 1 Hour |
| | | LOD Avoiding danger from traffic on stops | Patrol Techniques | 4/11/2014 | | 1 Hour |
| | | Firearms Training Spring | Firearms Training | 5/15/2014 | 5/15/2015 | 2 Hours |
| | | Search and Seizure Update | Law | 5/21/2014 | | 1 Hour |
| | | Line of Duty | Ethics | 6/2/2014 | | 1 Hour |
| | | Search and Seizure Update | Law | 6/6/2014 | | 1 Hour |
| | | Line of Duty | Officer Safety | 6/30/2014 | | 1 Hour |
| | | Search and Seizure Update | Law | 7/18/2014 | | 1 Hour |
| | | OC Training | Use of Force | 7/29/2014 | 7/29/2014 | 2 Hours |
| | | Taser Re-Cert | Use of Force | 7/29/2014 | 7/29/2015 | 2 Hours |
| | | Line of Duty | Officer Safety | 8/2/2014 | | 1 Hour |
| | | Mobile 10.3 | Computer Application | 8/6/2014 | | 2 Hours |
| | | Search and Seizure Update | Law | 8/6/2014 | | 1 Hour |
| | | Line of Duty | Patrol Techniques | 8/21/2014 | | 1 Hour |
| | | Search and Seizure Update | Law | 9/12/2014 | | 1 Hour |
| | | Search and Seizure Update | Law | 10/6/2014 | | 1 Hour |
| | | Line of Duty | Officer Safety | 10/7/2014 | | 1 Hour |
| | | Firearms Training | Firearms Training | 10/17/2014 | | 1 Hour |
| | | Line of Duty | Officer Safety | 11/4/2014 | | 1 Hour |
| | | Haz-Mat refresher | HAZ-MAT | 3/6/2015 | 3/6/2016 | 1 Hour |



# Sheriff Employee Training

Training Log

7/30/1998 - 7/19/2023

| | | | | | | |
|---|---|---|---|---|---|---|
| Patrol | Timothy D Mudd | Bloodborne Pathogen's Refresher | Policy Review | 3/12/2015 | 3/12/2016 | 1 Hour |
| | | Emergency Vehicle Operation and Policy 455 Review | Policy Review | 3/12/2015 | 3/12/2016 | 1 Hour |
| | | Domestic Violence Policy #355-S/A Protocol Review | Policy Review | 3/13/2015 | 3/12/2016 | 1 Hour |
| | | Excited Delirium/In-Custody Death | Policy Review | 3/13/2015 | 3/13/2015 | 1 Hour |
| | | Police Ethics: Part 1 and 2 | Ethics | 3/13/2015 | 3/13/2015 | 1 Hour |
| | | Search and Seizure Update | Law | 3/14/2015 | | 1 Hour |
| | | Line of Duty | Patrol Techniques | 3/30/2015 | | 1 Hour |
| | | Search and Seizure Update | Law | 4/29/2015 | | 1 Hour |
| | | Search and Seizure Update | Law | 4/30/2015 | | 1 Hour |
| | | Line of Duty | Vehicle Operation | 6/15/2015 | | 1 Hour |
| | | Line of Duty | Vehicle Operation | 6/16/2015 | | 1 Hour |
| | | Firearms Training | Firearms Training | 6/24/2015 | | 2 Hours |
| | | Line of Duty | Use of Force | 7/6/2015 | | 1 Hour |
| | | Firearms Training / Use of Force | Firearms Training | 10/12/2015 | | 2 Hours |
| | | Taser Training X2 | Use of Force | 10/29/2015 | 10/29/2016 | 4 Hours |
| | | Line of Duty | Officer Safety | 10/30/2015 | | 1 Hour |
| | | Search and Seizure Update | Law | 11/2/2015 | | 1 Hour |
| | | Line of Duty | Patrol Techniques | 12/30/2015 | | 1 Hour |
| | | Line of Duty | Patrol Techniques | 1/28/2016 | | 1 Hour |
| | | LE Response to Positional Asphyxia | Patrol Techniques | 2/1/2016 | | 1 Hour |
| | | Firearms Training | Firearms Training | 6/25/2016 | | 2 Hours |
| | | Firearms Training | Firearms Training | 7/1/2016 | | 4 Hours |
| | | concealed carry encounters | Patrol Techniques | 7/12/2016 | | 1 Hour |
| | | Firearms Training | Firearms Training | 10/3/2016 | | 2 Hours |



# Sheriff Employee Training

Training Log

7/30/1998 - 7/19/2023

| | | | | | | |
|---|---|---|---|---|---|---|
| Patrol | Timothy D Mudd | 2016 Annual Training Affirmation | Policy Review | 11/30/2016 | | 2 Hours |
| | | CPR | CPR | 2/6/2017 | 2/6/2019 | 4 Hours |
| | | Sexual Assault Incident Procedure Update | Investigation | 2/23/2017 | | 3 Hours |
| | | DigiTicket | Computer Application | 3/15/2017 | | 2 Hours |
| | | DUI Fact Book | Law | 4/3/2017 | | 1 Hour |
| | | IPs Training case of the Month: April 2017 | Law | 4/14/2017 | | 1 Hour |
| | | Search and Seizure Update | Law | 4/14/2017 | | 1 Hour |
| | | Firearms Training | Firearms Training | 5/4/2017 | | 2 Hours |
| | | Search and Seizure Update | Law | 5/8/2017 | | 1 Hour |
| | | Dangers of Fentanyl | Officer Safety | 5/17/2017 | | 1 Hour |
| | | Search and Seizure Update | Law | 6/9/2017 | | 1 Hour |
| | | S136 Carfentanil and the gray death | Officer Safety | 7/24/2017 | | 1 Hour |
| | | DOMESTIC VIOLENCE ACCOUNTABILITY TRAINING | Domestic Violence | 8/3/2017 | | 8 Hours |
| | | DVAC domestic violence | Domestic Violence | 8/3/2017 | | 8 Hours |
| | | 2017 Fall Firearms - Use of Force | Firearms Training | 10/2/2017 | | 2 Hours |
| | | 2017 Fall Firearms - Use of Force | Firearms Training | 10/5/2017 | | 2 Hours |
| | | S135 Ambush Recognition | Officer Safety | 11/6/2017 | | 2 Hours |
| | | LEADS Less than Full Access | LEADS | 11/20/2017 | | 2 Hours |
| | | LEADS Less than Full Access | LEADS | 11/21/2017 | 11/17/2019 | 2 Hours |
| | | narcan training | Patrol Techniques | 12/12/2017 | | 1 Hour |
| | | Electronic Communication Policies and Procedures | Policy Review | 1/28/2018 | | 1 Hour |
| | | Search and Seizure Update | Law | 2/19/2018 | | 1 Hour |



# Sheriff Employee Training

Training Log

7/30/1998 - 7/19/2023

| | | | | | | |
|---|---|---|---|---|---|---|
| Patrol | Timothy D Mudd | narcan | Policy Review | 2/23/2018 | | 1 Hour |
| | | Search and Seizure Update | Law | 4/24/2018 | | 2 Hours |
| | | Firearms Training | Firearms Training | 5/2/2018 | | 2 Hours |
| | | IPS Training case of the Month: Jan 2018 | Law | 6/1/2018 | | 1 Hour |
| | | IPS Training case of the Month: March 2018 | Law | 6/1/2018 | | 1 Hour |
| | | IPS Training case of the Month: May 2018 | Law | 6/1/2018 | | 1 Hour |
| | | IPS Training case of the Month: April 2018 | Law | 6/2/2018 | | 1 Hour |
| | | IPS Training case of the Month: feb 2018 | Law | 6/2/2018 | | 1 Hour |
| | | Search and Seizure Update | Law | 6/13/2018 | | 1 Hour |
| | | Fentanyl - PPE and Decontamination | Officer Safety | 7/22/2018 | | 1 Hour |
| | | Search and Seizure Update | Law | 8/29/2018 | | 1 Hour |
| | | Gateway Hospital Orientation | Patrol Techniques | 9/5/2018 | | 1 Hour |
| | | Gateway Hospital Orientation | Patrol Techniques | 9/5/2018 | | 1 Hour |
| | | Driver Refresher Course | Vehicle Operation | 9/8/2018 | 10/1/2021 | 2 Hours |
| | | 2018 Fall Firearms - Taser - Arrest and Control | Firearms Training | 11/7/2018 | | 3 Hours |
| | | ips Training case of the Month: August 2018 | Law | 11/12/2018 | | 1 Hour |
| | | Haz-Mat Update | HAZ-MAT | 11/18/2018 | 11/18/2019 | 1 Hour |
| | | Search and Seizure Update | Law | 12/6/2018 | | 3 Hours |
| | | Search and Seizure Update | Law | 12/19/2018 | | 1 Hour |
| | | IPS Training case of the Month: December 2018 | Law | 12/20/2018 | | 1 Hour |
| | | IPS Training case of the Month: December 2018 | Law | 12/20/2018 | | 1 Hour |



# Sheriff Employee Training

Training Log

7/30/1998 - 7/19/2023

| | | | | | | |
|---|---|---|---|---|---|---|
| Patrol | Timothy D Mudd | ips Training case of the Month: Oct 2018 part 1 | Law | 12/20/2018 | | 1 Hour |
| | | ips Training case of the Month: Oct 2018 part 2 | Law | 12/20/2018 | | 1 Hour |
| | | 2018 Annual Training Affirmation | Policy Review | 12/24/2018 | 12/1/2019 | 2 Hours |
| | | Search and Seizure Update | Law | 1/7/2019 | | 1 Hour |
| | | Complacency Kills | Officer Safety | 1/13/2019 | | 1 Hour |
| | | ips Training case of the Month: Feb 2019 | Law | 3/14/2019 | | 1 Hour |
| | | ips Training case of the Month: Jan 2019 | Law | 3/14/2019 | | 1 Hour |
| | | ips Training case of the Month: march 2019 | Law | 3/14/2019 | | 1 Hour |
| | | 2019 Spring Firearms Qualification | Firearms Training | 5/2/2019 | | 2 Hours |
| | | Emergency Medical Treatment and Active Labor Act | Policy Review | 7/22/2019 | | 1 Hour |
| | | ips Training case of the Month: August 2019 | Law | 8/1/2019 | | 1 Hour |
| | | ips Training case of the Month: July 2019 | Law | 8/1/2019 | | 1 Hour |
| | | ips Training case of the Month: June 2019 | Law | 8/1/2019 | | 1 Hour |
| | | ips Training case of the Month: May 2019 | Law | 8/1/2019 | | 1 Hour |
| | | Search and Seizure Update | Law | 8/11/2019 | | 2 Hours |
| | | Illinois Rivers and Streams | Law | 8/25/2019 | | 1 Hour |
| | | ips Training case of the Month: Nov 2019 | Law | 11/11/2019 | | 1 Hour |
| | | ips Training case of the Month: Oct 2019 | Law | 11/11/2019 | | 1 Hour |
| | | ips Training case of the Month: Sept 2019 | Law | 11/11/2019 | | 1 Hour |
| | | LEADS Less than Full Access | LEADS | 11/11/2019 | 11/11/2021 | 1 Hour |



# Sheriff Employee Training

Training Log

7/30/1998 - 7/19/2023

| | | | | | | |
|---|---|---|---|---|---|---|
| Patrol | Timothy D Mudd | Search and Seizure Update | Law | 11/11/2019 | | 2 Hours |
| | | Handwashing - What you need to know | Health | 3/11/2020 | | 1 Hour |
| | | Personal Protective Equipment | Health | 3/22/2020 | | 1 Hour |
| | | Search and Seizure Update | Law | 4/3/2020 | | 3 Hours |
| | | CPR | CPR | 4/24/2020 | 4/27/2022 | 4 Hours |
| | | de-escalation | Use of Force | 7/8/2020 | | 4 Hours |
| | | ips Training case of the Month: July 2020 | Law | 7/11/2020 | | 2 Hours |
| | | COVID19 Safety | Officer Safety | 7/22/2020 | | 1 Hour |
| | | Online Learning Network Account set up | Computer Application | 8/27/2020 | | 1 Hour |
| | | ips Training case of the Month: August 2020 | Law | 8/28/2020 | | 2 Hours |
| | | ips Training case of the Month: July 2020 | Law | 8/28/2020 | | 2 Hours |
| | | ips Training case of the Month: June 2020 | Law | 8/28/2020 | | 2 Hours |
| | | ips Training case of the Month: May 2020 | Law | 8/28/2020 | | 2 Hours |
| | | ips Training case of the Month: Sept 2020 | Law | 8/28/2020 | | 2 Hours |
| | | A Review of the Use of Force with a Firearm | Use of Force | 9/15/2020 | | 1 Hour |
| | | Firearms Training | Firearms Training | 10/8/2020 | | 2 Hours |
| | | Implicit Bias | Ethics | 10/8/2020 | | 3 Hours |
| | | ips Training case of the Month: October 2020 | Law | 10/13/2020 | | 2 Hours |
| | | Anti-Harassment in the Workplace | MCM - Madison County Mandate | 11/9/2020 | | 1 Hour |
| | | Ethical Behavior for Local Government | MCM - Madison County Mandate | 11/9/2020 | | 1 Hour |
| | | ips Training case of the Month: Nov 2020 | Law | 11/10/2020 | | 2 Hours |
| | | 2020 Annual Training Affirmation | Policy Review | 11/14/2020 | | 2 Hours |
| | | Haz-Mat Update | HAZ-MAT | 11/14/2020 | | 2 Hours |



# Sheriff Employee Training

Training Log

7/30/1998 - 7/19/2023

| | | | | | |
|---|---|---|---|---|---|
| Patrol | Timothy D Mudd | Trauma Informed Response to Sexual Assault | Patrol Techniques | 11/16/2020 | 8 Hours |
| | | 2021 Evidence Entry | Computer Application | 12/10/2020 | 1 Hour |
| | | ips Training case of the Month: Dec 2020 | Law | 1/14/2021 | 2 Hours |
| | | mental health awareness | Mental Health | 1/28/2021 | 8 Hours |
| | | Child Abuse and Neglect | Patrol Techniques | 1/29/2021 | 2 Hours |
| | | Officer Stress Management | Health | 1/29/2021 | 2 Hours |
| | | Psychology of Domestic Violence | Domestic Violence | 2/16/2021 | 8 Hours |
| | | Firearms Training | Firearms Training | 2/22/2021 | 2 Hours |
| | | ips Training case of the Month: Feb 2021 | Law | 2/25/2021 | 2 Hours |
| | | Ransomware and Phishing Attacks | Computer Application | 3/11/2021 | 1 Hour |
| | | Search and Seizure Update | Law | 3/11/2021 | 2 Hours |
| | | Search and Seizure Update | Law | 3/11/2021 | 2 Hours |
| | | ips Training case of the Month: April 2021 | Law | 4/3/2021 | 2 Hours |
| | | ips Training case of the Month: March 2021 | Law | 4/3/2021 | 2 Hours |
| | | Employee Safety Training | MCM - Madison County Mandate | 5/10/2021 | 1 Hour |
| | | ips Training case of the Month: May 2021 | Law | 5/10/2021 | 1 Hour |
| | | LEADS Less than Full Access | LEADS | 10/3/2021 | 1 Hour |
| | | Dept of Aging - Mandated Reporter Training | Patrol Techniques | 10/11/2021 | 2 Hours |
| | | 2021 Fall Firearms and Taser | Firearms Training | 10/20/2021 | 2 Hours |
| | | A review of the Use of Force Laws | Use of Force | 11/8/2021 | 1 Hour |



# Sheriff Employee Training

Training Log

7/30/1998 - 7/19/2023

| | | | | | | |
|---|---|---|---|---|---|---|
| Patrol | Timothy D Mudd | Patrol Computer and Mifi Training | Computer Application | 11/9/2021 | | 1 Hour |
| | | Anti-Harassment in the Workplace | MCM - Madison County Mandate | 11/26/2021 | | 1 Hour |
| | | Anti-Harassment in the Workplace | MCM - Madison County Mandate | 12/4/2021 | | 1 Hour |
| | | Bloodborne Pathogen's Refresher | Patrol Techniques | 12/7/2021 | | 1 Hour |
| | | Ethical Behavior for Local Government | MCM - Madison County Mandate | 12/7/2021 | | 1 Hour |
| | | CPR | CPR | 12/9/2021 | 12/9/2023 | 4 Hours |
| | | Haz-Mat Update | HAZ-MAT | 12/13/2021 | | 2 Hours |
| | | 2021 Annual Training Affirmation | Policy Review | 12/29/2021 | | 2 Hours |
| | | ips Training case of the Month: Jan 2022 | Law | 1/27/2022 | | 1 Hour |
| | | ips Training case of the Month: feb 2022 | Law | 2/15/2022 | | 2 Hours |
| | | Use of Force Analysis | Use of Force | 3/3/2022 | | 8 Hours |
| | | Firearms Qualification Off duty gun | Firearms Training | 3/15/2022 | | 1 Hour |
| | | Spring Firearm Qualifications | Firearms Training | 4/25/2022 | | 2 Hours |
| | | 2022 Madison County Security Awareness | MCM - Madison County Mandate | 4/30/2022 | | 1 Hour |
| | | ips Training case of the Month: May 2022 | Law | 4/30/2022 | | 2 Hours |
| | | Tactical Emergency Casualty Care | Patrol Techniques | 6/19/2022 | | 8 Hours |
| | | Mandated Reporter - Firearm Restraining Order | Law | 7/6/2022 | | 4 Hours |
| | | ips Training case of the Month: Sept 2022 | Law | 8/29/2022 | | 1 Hour |
| | | High Risk Patrol Operations | Patrol Techniques | 8/31/2022 | | 16 Hours |
| | | Illinois Use of Force Guidelines | Use of Force | 10/12/2022 | | 16 Hours |
| | | Ethical Behavior for Local Government | MCM - Madison County Mandate | 11/23/2022 | | 1 Hour |

Madison-Herrington-0630

CONFIDENTIAL - PRODUCED PURSUANT TO TERMS OF PROTECTIVE ORDER



# Sheriff Employee Training

Training Log

7/30/1998 - 7/19/2023

| | | | | | |
|---|---|---|---|---|---|
| Patrol | Timothy D Mudd | sexual Harrassment Prevention | MCM - Madison County Mandate | 11/23/2022 | 1 Hour |
| | | Body Camera Training | Patrol Techniques | 12/13/2022 | 2 Hours |
| | | Alco Sensor FST V2.0 | Equipment | 1/18/2023 | 2 Hours |
| | | TRAINING OF THE MONTH | Court Security | 1/23/2023 | 1 Hour |
| | | TRAINING OF THE MONTH | 911/Communications | 1/23/2023 | 1 Hour |
| | | TRAINING OF THE MONTH | Court Security | 1/23/2023 | 1 Hour |
| | | TRAINING OF THE MONTH | Court Security | 1/23/2023 | 1 Hour |
| | | S.O.S. - Criminal Code & Vehicle Code Law Update - | Law | 2/13/2023 | 2 Hours |
| | | know b 4 | Computer Application | 4/19/2023 | 1 Hour |
| | | 2023 Spring Firearms Qual | Firearms Training | 5/1/2023 | 2 Hours |

Total Duration: 927 Hours