# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

STEPHANIE HERRINGTON, Independent Administrator of the Estate of JASON STRAHAN, Deceased,

    Plaintiff,

v.

JEREMY B. BRADFORD, MOLLY MARGARITIS, TIMOTHY MUDD, BRIANNA MARKEL, KEVIN BILLINGS, CITY OF STAUNTON, ILLINOIS, MADISON COUNTY SHERIFF'S DEPARTMENT, ILLINOIS STATE POLICE, and JOHN D. LAKIN,

    Defendants.

Case No. 3:20-CV-00938-NJR

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order of August 2, 2024 (Doc. 147), reflecting the settlement of the parties, Defendants Jeremy B. Bradford, Molly Margaritis, Timothy Mudd, Kevin Billings, City of Staunton, Illinois, and John D. Lakin are **DISMISSED with prejudice.**

**IT IS FURTHER ORDERED AND ADJUDGED** that, pursuant to the Amended Complaint filed on August 31, 2022 (Doc. 95), Defendant Briana Markel was **DISMISSED without prejudice.**

**IT IS FURTHER ORDERED AND ADJUDGED** that, pursuant to the Court's Order dated March 28, 2022 (Doc. 64), Defendant Illinois State Police was **DISMISSED with prejudice.**

**IT IS FURTHER ORDERED AND ADJUDGED** that, pursuant to the Court's Order dated March 31, 2021 (Doc. 23), Defendant Madison County Sheriff's Department was **DISMISSED without prejudice.**

**IT IS FURTHER ORDERED AND ADJUDGED** that, this entire action is **DISMISSED with prejudice and the case is closed**.

DATED: October 2, 2024

    **MONICA A. STUMP,**
    **Clerk of Court**

    By: *s/ Deana Brinkley*
    **Deputy Clerk**

APPROVED: _____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**